JEROME SILVERMAN, ADMINISTRATOR (ESTATE OF HAROLD NATHAN) *v.* WALTER A. CAMP ET AL.

HOUSE, C. J., LOISELLE, MACDONALD, BOGDANSKI and LONGO, Js.

Decision released July 1, 1975

*Marshall S. Feingold,* for the appellant (plaintiff).

*Walter M. Pickett, Jr.,* for the appellee (named defendant).

*W. Patrick Ryan,* for the appellee (defendant Gerald A. Sava).

Per Curiam. The parties, on July 15, 1974, having stipulated in writing (1) that the present case be consolidated for the purpose of appeal with the appeal in the case of *Silverman* v. *St. Joseph's Hospital,* 168 Conn. 160, 363 A.2d 22, (2) that the briefs in that appeal apply here, and (3) that our decision in that appeal be binding and controlling in this appeal, we find, as we did in the *Silverman* v. *St. Joseph's Hospital* appeal, supra, no error.

There is no error.